UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| G&G CLOSED CIRCUIT EVENTS, LLC | * | CASE NO. 23-CV-410 |
| | * | |
| | * | |
| VERSUS | * | JUDGE: |
| | * | JOHN W. deGRAVELLES |
| THE BOIL & ROUX KITCHEN LLC D/B/A | * | |
| BOIL & ROUX RESTAURANT & BAR, | * | |
| AYCE CATERING LLC, DONALD MITCHELL | * | |
| AND MAURICE WALKER | * | MAGISTRATE JUDGE: |
| | | ERIN WILDER-DOOMES |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT
UNDER FEDERAL RULES OF CIVIL PROCEDURE RULE 55**

**To the Honorable John W. deGravelles, presiding judge, and the Honorable Erin Wilder-Doomes, magistrate judge, of the United States District Court for the Middle District of Louisiana:**

NOW INTO COURT, through undersigned counsel, comes G&G Closed Circuit Events, LLC (G&G) and files its motion for the following reasons:

1.

The following defendants were served with a civil cover sheet, copy of the complaint and a summons:

(i)    Ayce Catering LLC through its agent for service of process, Maurice Walker on August 8, 2023 (Rec. No. 9);

(ii)    The Boil & Roux Kitchen, LLC d/b/a Boil & Roux Restaurant & Bar, throug its agent for service of process Maurice Walker on August 8, 2023 (Rec No. 9); and,

(iii    Maurice Walker on August 5, 2023 (Rec. No. 9).

3.

Because it has been more than twenty-one (21) days since these defendants were served under the Federal Rules of Civil Procedure and those defendants have not answered, objected to the complaint or requested an extension of time within which to answer, plaintiff moves for an entry of default against all of those defendants.

THERFORE, G&G Closed Circuit Events, LLC (G&G) moves for entry of a default as to defendants, Ayce Catering LLC, The Boil & Roux Kitchen, LLC d/b/a Boil & Roux Restaurant & Bar and Maurice Walker and for all other just and equitable relief as allowed by law.

Respectfully Submitted:
The Berthelot Law Firm, LLC
1660 Thibodeaux Avenue
Baton Rouge, Louisiana 70802
(225) 454-0488—cell phone
1-484-842-8566–facsimile
ronniejberthelot@gmail.com
By: s/Ronnie J. Berthelot
          Ronnie J. Berthelot
          LSBA bar roll no. 1012, T.A.

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| G&G CLOSED CIRCUIT EVENTS, LLC | * | CASE NO. 23-CV-410 |
| | * | |
| | * | |
| VERSUS | * | JUDGE: |
| | * | JOHN W. deGRAVELLES |
| THE BOIL & ROUX  KITCHEN  LLC D/B/A | * | |
| BOIL & ROUX RESTAURANT & BAR, | * | |
| AYCE CATERING LLC, DONALD MITCHELL | * | |
| AND MAURICE WALKER | * | MAGISTRATE JUDGE: |
| | | ERIN WILDER-DOOMES |

Certificate of Service

I certify that I mailed the foregoing to the following defendants—an attorney is unknown

at this time–:

Ayce Catering LLC
4944 South Sherwood Forest Boulevard, #220
Baton Rouge, LA 70816

The Boil & Roux Kitchen LLC d/b/a Boil & Roux Restaurant & Bar
8054 Essen Cove Drive
Baton Rouge, LA 70809

Maurice Walker
8054 Essen Cove Drive
Baton Rouge, LA 80809

by placing a copy of in the United States Mail properly addressed and postage pre-paid on

October 23, 2023.

s/Ronnie J. Berthelot
Ronnie J. Berthelot
LSBA bar roll # 1012

3