UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| G&G CLOSED CIRCUIT EVENTS, LLC | * | CASE NO. 23-CV-410 |
| | * | |
| | * | |
| VERSUS | * | JUDGE: |
| | * | JOHN W. deGRAVELLES |
| THE BOIL & ROUX KITCHEN LLC D/B/A | * | |
| BOIL & ROUX RESTAURANT & BAR, | * | |
| AYCE CATERING LLC, DONALD MITCHELL | * | |
| AND MAURICE WALKER | * | MAGISTRATE JUDGE: |
| | | ERIN WILDER-DOOMES |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT**
**UNDER FEDERAL RULES OF CIVIL PROCEDURE RULE 55**

**To the Honorable John W. deGravelles and Magistrate Judge Erin Wilder-Doomes of the United States District Court for the Middle District of Louisiana,:**

NOW INTO COURT, through undersigned counsel, comes G&G Closed-Circuit Events, LLC (G&G), California limited liability company with its principal place of buiness located at 2925 Green Valley Parkway, Suite D, Las Vegas, NV 89014 and files its motion for entry of default for the following reasons:

1.

Defendant, Donald Mitchell, was served with a summons, civil cover sheet and complaint on September 26, 2023. (Rec. Doc. No. 12).

2.

During the period from September 26, 2023 through the date of this motion, Donald Mitchell contacted plaintiff's counsel on at least two (2) occasions by telephone stating that he would be retaining a lawyer to represent him.

3.

Because it has been more than twenty-one (21) days since Donald Mitchell has been served and plaintiff's counsel has not been contacted by any lawyer on behalf of Donald Mitchell at anytime and Donald Mitchell has not answered, objected to the complaint or requested an extension of time within which to answer, plaintiff moves for an entry of default against Donald Mitchell.

THERFORE, G&G Closed-Circuit Events, LLC moves for entry of a default as to defendant, Donald Mitchell, and for all other just and equitable relief as allowed by law.

Respectfully Submitted:
The Berthelot Law Firm, LLC
1660 Thibodeaux Avenue
Baton Rouge, Louisiana 70802
(225) 454-0488—cell phone
1-484-842-8566–facsimile
ronniejberthelot@gmail.com
By: s/Ronnie J. Berthelot
    Ronnie J. Berthelot
    LSBA bar roll no. 1012
    Trial Attorney

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| G&G CLOSED CIRCUIT EVENTS, LLC | * | CASE NO. 23-CV-410 |
| | * | |
| | * | |
| VERSUS | * | JUDGE: |
| | * | JOHN W. deGRAVELLES |
| THE BOIL & ROUX KITCHEN LLC D/B/A | * | |
| BOIL & ROUX RESTAURANT & BAR, | * | |
| AYCE CATERING LLC, DONALD MITCHELL | * | |
| AND MAURICE WALKER | * | MAGISTRATE JUDGE: |
| | | ERIN WILDER-DOOMES |

Certificate of Service

I certify that I mailed a copy of the foregoing to the following defendants:

**The Boil & Roux Kitchen LLC d/b/a Boil & Roux Restaurant & Bar**
11777 Coursey Boulevard
 Baton Rouge, Louisiana 70809

**Donald Mitchell (Mitchell)**
26312 Avoyelles Avenue
Denham Springs, Louisiana 70726

**Ayce Catering LLC**
11777 Coursey Boulevard
Baton Rouge, Louisiana 70816

**Maurice Walker**
4944 South Sherwood Forest Boulevard, #220
Baton Rouge, Louisiana 70816

Donald Mitchell
26312 Avoyelles Avenue
Denham Springs, LA 79726

by placing a copy in the United States Mail properly addressed and postage pre-paid on November

18, 2023.

3

s/Ronnie J. Berthelot
Ronnie J. Berthelot
LSBA bar roll # 1012