UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| G&G CLOSED CIRCUIT EVENTS, LLC | * | CASE NO. 23-CV-410 |
| | * | |
| | * | |
| VERSUS | * | JUDGE: |
| | * | JOHN W. deGRAVELLES |
| THE BOIL & ROUX KITCHEN LLC D/B/A | * | |
| BOIL & ROUX RESTAURANT & BAR, | * | |
| AYCE CATERING LLC, DONALD MITCHELL | * | |
| AND MAURICE WALKER | * | MAGISTRATE JUDGE: |
| | | ERIN WILDER-DOOMES |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**
**UNDER FEDERAL RULES OF CIVIL PROCEDURE RULE 55**

**To the Honorable John W. deGravelles and Magistrate Judge Erin Wilder-Doomes of the United States District Court for the Middle District of Louisiana,:**

NOW INTO COURT, through undersigned counsel, comes G&G Closed-Circuit Events, LLC (G&G), California limited liability company with its principal place of buiness located at 2925 Green Valley Parkway, Suite D, Las Vegas, NV 89014 and files its motion for final default judgment for the following reasons:

1.

Defendant, Donald Mitchell, was served with a summons, civil cover sheet and complaint on September 26, 2023. (Rec. Doc. No. 12).

2.

Defendant, The Boil & Roux Kitchen LLC d/b/a Boil & Roux Restaurant & Bar was served with a summons, civil cover sheet and complaint on August 8, 2023. (Rec. Doc. No. 9).

3.

Defendant, Maurice Walker, was served with a copy of the complaint and a summons on

August 8, 2023. (Rec. Doc. No. 9).

4.

Defendant, Ayce Catering, LLC, was served with a summons, civil cover sheet and complaint on August 8, 2023. (Rec. Doc. No. 9).

5.

Because more than twenty-one (21) days elapsed since all of the defendants were served, and the defendants did not answer, object and/or request an extension of time within which to answer, plaintiff moved for entry of a default against each of the defendants. Rec. Doc. Nos. 13 and 19.

6.

The Clerk of Court entered a default as to all of the defendants. (Rec. Doc. Nos. 13 and 19)

7.

Plaintiff now moves the Court for entry of a final default judgment against all of the defendants for a money judgment in accordance with its evidence and the law.

THERFORE, G&G Closed-Circuit Events, LLC moves for a final default judgment in accordance with its evidence and the law and for all other just and equitable relief as allowed by law.

> Respectfully Submitted:
> The Berthelot Law Firm, LLC
> 1660 Thibodeaux Avenue
> Baton Rouge, Louisiana 70802
> (225) 454-0488—cell phone
> 1-484-842-8566–facsimile
> ronniejberthelot@gmail.com

By: /s/Ronnie J. Berthelot
    Ronnie J. Berthelot
    LSBA bar roll no. 1012
    Trial Attorney

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| G&G CLOSED CIRCUIT EVENTS, LLC | * | CASE NO. 23-CV-410 |
| | * | |
| | * | |
| VERSUS | * | JUDGE: |
| | * | JOHN W. deGRAVELLES |
| THE BOIL & ROUX KITCHEN LLC D/B/A | * | |
| BOIL & ROUX RESTAURANT & BAR, | * | |
| AYCE CATERING LLC, DONALD MITCHELL | * | |
| AND MAURICE WALKER | * | MAGISTRATE JUDGE: |
| | | ERIN WILDER-DOOMES |

Certificate of Service

I certify that I mailed a copy of the foregoing to the following defendants:

**The Boil & Roux Kitchen LLC d/b/a Boil & Roux Restaurant & Bar**
11777 Coursey Boulevard
 Baton Rouge, Louisiana 70809

**Donald Mitchell (Mitchell)**
26312 Avoyelles Avenue
Denham Springs, Louisiana 70726

**Ayce Catering LLC**
11777 Coursey Boulevard
Baton Rouge, Louisiana 70816

**Maurice Walker**
4944 South Sherwood Forest Boulevard, #220
Baton Rouge, Louisiana 70816

**Donald Mitchell**
26312 Avoyelles Avenue
Denham Springs, LA 79726

by placing a copy in the United States Mail properly addressed and postage pre-paid on May 3, 2024.

                s/Ronnie J. Berthelot
                Ronnie J. Berthelot
                LSBA bar roll # 1012